Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−11222−SLM
                    Chapter: 13
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard F Polese
   10 Colonial Drive
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−9887

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      7/19/17
Time:     10:00 AM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
fee: $5,187.00

EXPENSES
expenses: $87.29

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 13, 2017
JAN:

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Richard F Polese
    Debtor

Case No. 17-11222-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 2　　　Date Rcvd: Jun 13, 2017
　　　　　　　　　　　　Form ID: 137　　　Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.

```
db            +Richard F Polese,    10 Colonial Drive,    Scotch Plains, NJ 07076-2904
aty           +Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,    Suite 100,
                Boca Raton, FL 33487-2853
cr            +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516602542      Audi Financial Services,    PO Box 5215,    Carol Stream, IL 60197-5215
516602543      Capital One Bank, N.A.,    PO Box 71087,    Charlotte, NC 28272-1087
516613496     +Daniel Goldstein,    c/o Nicholas Khoudary, Esq.,    700 Route 18 North,
                East Brunswick, NJ 08816-3709
516602544      Elizabethtown Gas,    PO Box 4569,    Location 6250,    Atlanta, GA 30302-4569
516613497     +Estate of Morris Goldstein,    c/o Brach Eichler, LLC,    101 Eisenhower Parkway,
                Roseland, NJ 07068-1032
516613498      Estate of Morris Goldstein,    c/o Clerk of the Superior Court of NJ,    Hughes Justice Complex,
                Trenton, NJ 08625
516613499      JKF Medical Center,    P.O. Box 11913,    Newark, NJ 07101-4913
516613500     +New Jersey Precision Tech Inc.,    1081 Bristol Road,    Mountainside, NJ 07092-2301
516613501     +Newark Beth Israel Medical Center,    c/o Samuel J. Weinstein,    W Northfield Rd # 204,
                Livingston, NJ 07039-3722
516602546     +US Bank National Association,    c/o Stern & Eisenberg,    1581 Main Street,    Suite 200,
                Warrington, PA 18976-3400
516743255     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2017 22:19:17     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 22:11:53
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516762606      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2017 01:32:07
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516854755      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 22:27:43
                Portfolio Recovery Associates, LLC,    c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516653207     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 22:12:08     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516602545    ##+Gateway Energy Services,    400 Rella Blvd, Suite 300,    Suffern, NY 10901-4239
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2017
                              Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jessica M. Minneci    on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com
        Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Melinda D. Middlebrooks    on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 6