UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor,
Richard F. Polese

Order Filed on July 19, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

RICHARD F. POLESE,

Chapter 13 Debtor.

Case No.:   17-11222 (SLM)

Chapter:    13

Judge:      Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____5,187.00_____ for services rendered and expenses in the amount of $_____87.29_____ for a total of $_____5,274.29_____ . The allowance is payable:

$3,000.00  ☒  through the Chapter 13 plan as an administrative priority.

$2,274.29  ☒  outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_----\_\_\_\_\_ per month for \_\_\_\_\_----\_\_\_\_\_ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer in the amount of $1,000.00 with the balance of the retainer in the amount of $2,500.00 to be paid through the Chapter 13 plan, and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $5,274.29, consisting of $5,187.00 in supplemental fees and reimbursement of expenses in the sum of $87.29. Firm seeks $3,000.00 to be paid through the Chapter 13 plan and $2,274.29 to be paid outside the Chapter 13 plan. This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*