UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor,
Richard F. Polese

Order Filed on July 19, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

RICHARD F. POLESE,

Chapter 13 Debtor.

Case No.: 17-11222 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____5,187.00_____ for services rendered and expenses in the amount of $_____87.29_____ for a total of $_____5,274.29_____ . The allowance is payable:

$3,000.00 ☒ through the Chapter 13 plan as an administrative priority.

$2,274.29 ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer in the amount of $1,000.00 with the balance of the retainer in the amount of $2,500.00 to be paid through the Chapter 13 plan, and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $5,274.29, consisting of $5,187.00 in supplemental fees and reimbursement of expenses in the sum of $87.29. Firm seeks $3,000.00 to be paid through the Chapter 13 plan and $2,274.29 to be paid outside the Chapter 13 plan. This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard F Polese  
      Debtor

Case No. 17-11222-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db            +Richard F Polese,   10 Colonial Drive,   Scotch Plains, NJ 07076-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jessica M. Minneci     on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com  
           Justin Plean     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Melinda D. Middlebrooks     on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
           U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 6