UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio, Esq.
nascondiglio@middlebrooksshapiro.com

**Order Filed on August 7, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

RICHARD F. POLESE,

Chapter 13 Debtor.

Case No.:   17-11222 (SLM)

Chapter:   13

Judge:   Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 7, 2017___ :

Property:      10 Colonial Drive, Scotch Plains, NJ 07076

Creditor:      US Bank National Association

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/01/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2