**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Richard F Polese

Case No.: 17-11222 (SLM)

Hearing Date: 11/29/2017

Chapter: 13

Judge: Stacey L. Meisel

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Motion to Approve a Loan Mod. filed 10/30/17.

Trustee's Objection Filed 11/1/17.

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** November 29, 2017 at 10:30 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: November 2, 2017

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on November 2, 20 17 this notice was served on the following: Debtor, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard F Polese  
       Debtor

Case No. 17-11222-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db           +Richard F Polese,   10 Colonial Drive,   Scotch Plains, NJ 07076-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jessica M. Minneci    on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com  
         Justin Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melinda D. Middlebrooks    on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 6