UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
nascondiglio@middlebrooksshapiro.com
Angela Nascondiglio, Esq.
Attorneys for Chapter 13 Debtor,
Richard F. Polese



Order Filed on December 4, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

**RICHARD F. POLESE,**

Chapter 13 Debtors.

Case No. 17-11222 (SLM)

Adv. No.:

Judge: Honorable Stacey L. Meisel

**ORDER APPROVING LOAN MODIFICATION PURSUANT TO 11 U.S.C. § 364, 11 U.S.C. § 105(a), FED. R. BANKR. P. 4001(c) AND D.N.J LBR 4001-3(b); AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: December 4, 2017**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re: Richard F. Polese
Case No. 17-11222 (SLM)
Caption of Order: Order Approving Loan Modification Pursuant to 11 U.S.C. § 364, 11 U.S.C. § 105(a), Fed. R. Bankr. P. 4001(c) and D.N.J LBR 4001-3(b); and for Related Relief
Page 2

---

Upon consideration of the Motion of Chapter 13 debtor Richard F. Polese (the "Debtor") for Order Approving Loan Modification Pursuant to 11 U.S.C. § 364, 11 U.S.C. § 105(a), Fed. R. Bankr. P. 4001(c) and D.N.J LBR 4001-3(b); and for Related Relief (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED,** that the Debtor's Motion in connection with the Debtor's residence located at 10 Colonial Drive in Scotch Plains, New Jersey 07076 (the "Residence") shall be and is hereby granted; and it is further,

**ORDERED,** that the Debtor is hereby authorized to enter into a loan modification agreement on the first mortgage on their Residence with Ocwen Loan Servicing, LLC, servicer for U.S. Bank National Association (the "Creditor"); and it is further,

**ORDERED,** that per the terms of the final loan modification, as set forth in the underlying pleadings and exhibits, are hereby approved; and it is further,

**ORDERED,** that this Order does not alter or affect the status or priority of any other existing liens on the Residence that is the subject of the loan modification; and it is further,

**ORDERED,** that within thirty (30) days from consummation of the loan modification the Creditor shall amend its Proof of Claim; and it is further,

**ORDERED,** that within thirty (30) days from the date of this Order, the Debtor shall amend the Chapter 13 Plan and Schedule J as necessary to reflect financial changes stemming from the loan modification; and it is further,

**ORDERED,** that the fourteen (14) day period under Fed. R. Bankr. P. 6004 is hereby waived.