| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on December 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit Leasing | Case No:   17-11222-SLM<br><br>Chapter: 13<br><br>Judge: Stacey L. Meisel |
| In Re:<br><br>Richard Polese,<br><br>    Debtor. | |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: December 28, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Richard Polese
Case No.: 17-11222-SLM
Caption: **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd. upon a consent order to vacate the automatic stay as to a 2016 Audi A3 2.Qt Prm Awd, VIN # WAUB8GFF3G1069319, and with the consent of Angela Nascondiglio, Esq., counsel for the Debtor, Richard Polese,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 Audi A3 2.Qt Prm Awd, VIN # WAUB8GFF3G1069319 is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said vehicle is no longer property of the bankruptcy estate, having been returned to Secured Creditor; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

I hereby agree and consent to the above terms and conditions:   Dated: 12/4/2017

/s/ Denise Carlon, Esquire
_____
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:   Dated: 12/4/17

_____
ANGELA NASCONDIGLIO, ESQ., ATTORNEY FOR DEBTOR