Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−11222−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard F Polese
   10 Colonial Drive
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−9887

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/24/19 at 10:00 AM

to consider and act upon the following:

*104* − Application for Compensation for Melinda D. Middlebrooks, Debtor's Attorney, period: 10/18/2018 to 11/26/2018, fee: $725.00, expenses: $10.69. Filed by Melinda D. Middlebrooks. Objection deadline is 3/29/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Middlebrooks, Melinda)

*106* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:104 Application for Compensation for Melinda D. Middlebrooks, Debtor's Attorney, period: 10/18/2018 to 11/26/2018, fee: $725.00, expenses: $10.69. Filed by Melinda D. Middlebrooks. Objection deadline is 3/29/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Richard F Polese) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/1/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court