Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−11222−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard F Polese
    10 Colonial Drive
    Scotch Plains, NJ 07076

Social Security No.:
    xxx−xx−9887

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/24/19 at 10:00 AM

to consider and act upon the following:

*104* − Application for Compensation for Melinda D. Middlebrooks, Debtor's Attorney, period: 10/18/2018 to 11/26/2018, fee: $725.00, expenses: $10.69. Filed by Melinda D. Middlebrooks. Objection deadline is 3/29/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Middlebrooks, Melinda)

*106* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:104 Application for Compensation for Melinda D. Middlebrooks, Debtor's Attorney, period: 10/18/2018 to 11/26/2018, fee: $725.00, expenses: $10.69. Filed by Melinda D. Middlebrooks. Objection deadline is 3/29/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Richard F Polese) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/1/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re: Case No. 17-11222-SLM
Richard F Polese Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Apr 01, 2019
 Form ID: ntchrgbk Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db +Richard F Polese, 10 Colonial Drive, Scotch Plains, NJ 07076-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
 Aleisha Candace Jennings on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com
 Denise E. Carlon on behalf of Creditor VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
 Jessica M. Minneci on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com
 Justin Plean on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
 Marie-Ann Greenberg magecf@magtrustee.com
 Melinda D. Middlebrooks on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
 Sindi Mncina on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 8