UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Deceased Chapter 13 Debtor,
Richard F. Polese

Order Filed on April 26, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

RICHARD F. POLESE,

Chapter 13 Debtor.

Case No.:   17-11222 (SLM)

Chapter:    13

Judge:      Stacey L. Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 26, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____725.00_____ for services rendered and expenses in the amount of $_____10.69_____ for a total of $_____735.69_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary.  Debtor retained firm and paid an initial retainer in the amount of $1,000.00 with the balance of the retainer in the amount of $2,500.00 to be paid through the Chapter 13 plan, and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $735.69, consisting of $725.00 in supplemental fees and reimbursement of expenses in the sum of $10.69 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-11222-SLM
Richard F Polese                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Apr 26, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db            +Richard F Polese,   10 Colonial Drive,   Scotch Plains, NJ 07076-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jessica M. Minneci    on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com
      Justin Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melinda D. Middlebrooks    on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
      Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8