Order Filed on June 17, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS CITRON, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, New Jersey 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor Ocwen Loan Servicing. LLC as servicer for U.S. Bank National Association, as Indenture Trustee for Salomon Mortgage Loan Trust, Series 2001-CB4, C-BASS Mortgage Loan Asset-Backed Notes<br>ALEISHA C. JENNINGS (049302015) | |
| In Re:<br>**RICHARD F POLESE,**<br><br>     **Debtor.** | Case No.:    17-11222-SLM<br><br>Chapter:    13<br>                    May 22, 2019<br>Hearing Date:    ~~April 24, 2019~~<br><br>Judge:    Stacey L. Meisel |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 17, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page **2**
Debtors:  Richard F Polese
Case No.:  **17-11222-SLM**
Caption of Order:  **Order Vacating Stay**

---

Upon the motion of Ocwen Loan Servicing. LLC as servicer for U.S. Bank National Association, as Indenture Trustee for Salomon Mortgage Loan Trust, Series 2001-CB4, C-BASS Mortgage Loan Asset-Backed Notes, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

10 Colonial Drive, Scotch Plains, New Jersey 07076.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.