| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) **MIDDLEBROOKS SHAPIRO, P.C.** 841 Mountain Avenue, First Floor Springfield, New Jersey 07081 (973) 218-6877 nascondiglio@middlebrooksshapiro.com Angela Nascondiglio, Esq. Attorneys for Chapter 13 Debtor, Richard F. Polese |
| In Re: **RICHARD F. POLESE,** Chapter 13 Debtor. |

**Order Filed on June 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-11222 (SLM)

Adv. No.:

Hearing Date: April 10, 2019 at 10:00 a.m.

Judge: Stacey L. Meisel

### ORDER GRANTING THE DEBTOR A HARDSHIP DISCHARGE FOR SUBSTANTIAL CONSUMMATION OF CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §§ 1328(b)(1)-(3) AND 105(a); AND FOR RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 17, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Richard F. Polese
Case No.: 17-11222 (SLM)
Caption of Order: Order Granting the Debtor a Hardship Discharge Due To Substantial Consummation of Chapter 13 Plan Pursuant to 11 U.S.C. §§ 1328(b)(1)-(3) and 105(a); and for Related Relief
Page 2

_____

Upon the Application of Chapter 13 debtor Richard F. Polese, Deceased (the "Debtor"), by and through his counsel Middlebrooks Shapiro, P.C. ("MSPC"), on the Debtor's Motion for Order Granting the Debtor a Hardship Discharge Due To Substantial Consummation of Chapter 13 Plan Pursuant to 11 U.S.C. §§ 1328(b)(1)-(3) and 105(a); and for Related Relief (the "Motion"), and the Court having reviewed the Debtor's moving papers, and a hearing having been held on the Motion, and oral arguments (if any) having been considered by the Court, and for good cause shown, it is hereby:

**ORDERED**, that the Debtor's Motion shall be and is hereby granted as set forth herein; and it is further

**ORDERED**, the Debtor, by and through MSPC, is hereby entitled to receive a Hardship Discharge pursuant to 11 U.S.C. §§ 1328(b)(1)-(3) and 105(a); and it is further

**ORDERED,** that the Debtor is hereby exempted from completing his Personal Financial Management Course and from filing a Certification in Support of Discharge; and it is further

**ORDERED,** that the Debtor's counsel shall serve this Order upon all parties within five (5) days of entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard F Polese  
    Debtor

Case No. 17-11222-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 17, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.  
db          +Richard F Polese,   10 Colonial Drive,   Scotch Plains, NJ 07076-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:  
           Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com  
           Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jessica M. Minneci    on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com  
           Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Marie-Ann  Greenberg    magecf@magtrustee.com  
           Melinda D. Middlebrooks     on behalf of Debtor Richard F Polese middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
           Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 8