UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS CITRON, LLC**
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor Ocwen Loan Servicing.
LLC as servicer for U.S. Bank National Association, as
Indenture Trustee for Salomon Mortgage Loan Trust,
Series 2001-CB4, C-BASS Mortgage Loan Asset-
Backed Notes
ALEISHA C. JENNINGS (049302015)

In Re:
**RICHARD F POLESE,**

    **Debtor.**

Order Filed on June 17, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:     17-11222-SLM

Chapter:      13
              May 22, 2019
Hearing Date: ~~April 24, 2019~~

Judge:        Stacey L. Meisel

| Recommended Local Form: | ☑ Followed | ❑ Modified |
|---|---|---|

### ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 17, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page **2**
Debtors:      Richard F Polese
Case No.:     **17-11222-SLM**
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of Ocwen Loan Servicing. LLC as servicer for U.S. Bank National Association, as Indenture Trustee for Salomon Mortgage Loan Trust, Series 2001-CB4, C-BASS Mortgage Loan Asset-Backed Notes, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

10 Colonial Drive, Scotch Plains, New Jersey 07076.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

17-11222-SLM
19-267590
Order Vacating Stay

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-11222-SLM
Richard F Polese                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 17, 2019
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db            +Richard F Polese,   10 Colonial Drive,   Scotch Plains, NJ 07076-2904


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
          Aleisha Candace Jennings   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jessica M. Minneci   on behalf of Debtor Richard F Polese jminneci@middlebrooksshapiro.com
          Justin Plean   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melinda D. Middlebrooks   on behalf of Debtor Richard F Polese
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Sindi  Mncina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8