Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−11222−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard F Polese
   10 Colonial Drive
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−9887

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 24, 2019</u>                 <u>Stacey L. Meisel</u>
                                         Judge, United States Bankruptcy Court